1
2
3
4
5
6        # UNITED STATES DISTRICT COURT
7        ## EASTERN DISTRICT OF CALIFORNIA
8
9    CINDI DEARMON,                          )   Case No.: 1:12-at-00134
                                             )
10                                           )   **ORDER GRANTING APPLICATION TO**
                Plaintiff,                   )   **PROCEED IN FORMA PAUPERIS**
                                             )
11        v.                                 )
                                             )   (Doc. 3)
12   MICHAEL J. ASTRUE,                      )
     Commissioner of Social Security,        )
13                                           )
                                             )
14                Defendant.                 )
                                             )
15   _____ )

16

17        Plaintiff Cindi Dearmon filed a complaint on March 7, 2012, along with an application to

18   proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19   entitlement to proceed without prepayment of fees.

20        Accordingly, IT IS HEREBY ORDERED THAT:

21        1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22        2.    The Clerk of Court is DIRECTED to issue a summons; and

23        3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24              and this order upon the defendant as directed by the plaintiff.

25   IT IS SO ORDERED.

26   **Dated:    March 7, 2012**            _____/s/ Sheila K. Oberto_____
                                            UNITED STATES MAGISTRATE JUDGE
27

28