# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDI DEARMON,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:12-cv-00345-AWI-SKO<br><br>**ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER**<br><br>(Docket No. 16) |

On November 19, 2012, Defendant filed a stipulated request for an extension of time to file the response to Plaintiff's opening brief. (Doc. 16.) Defendant seeks an extension of time because counsel is a new attorney who needs additional time to brief the issues raised by Plaintiff in the case. (Doc. 16.)

This request is granted, and the scheduling order is modified as follows

1. Defendant's responsive brief shall be **filed on or before December 10, 2012**; and

2. Plaintiff may file a reply brief **on or before December 18, 2012**.[1]

IT IS SO ORDERED.

**Dated:** November 20, 2012           /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] This date reflects application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d); no additional days are to be added pursuant to Rule 6.